1  Scott E. Gizer, Esq., Nevada Bar No. 12216
    *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
    *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
    GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
7  Kevin S. Sinclair, NV Bar No. 12277
    *ksinclair@sinclairbraun.com*
8  SINCLAIR BRAUN LLP
   16501 Ventura Blvd, Suite 400
9  Encino, California 91436
   Telephone:  (213) 429-6100
10 Facsimile:  (213) 429-6101

11 Attorneys for Defendants
   FIDELITY NATIONAL TITLE INSURANCE COMPANY and
12 FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC.

13 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:21-CV-02231-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | **FIRST REQUEST** |
| Defendants. | |

COMES NOW defendants Fidelity National Title Insurance Company ("Fidelity") and Fidelity National Title Agency of Nevada, Inc. ("Fidelity Agency") (collectively "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On December 21, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 22, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Fidelity's response to Wells Fargo's complaint is currently due on January 25, 2022, while Fidelity Agency's response is currently due on January 24, 2022;

4. Counsel for Defendants request a 31-day extension for Fidelity Agency (30 days for Fidelity) through and including Wednesday, February 23, 2022, for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Wednesday, February 23, 2022.

Dated: January 19, 2022                    SINCLAIR BRAUN LLP


By: ⎯⎯/s/-Kevin S. Sinclair⎯⎯⎯⎯⎯
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE INSURANCE
     COMPANY and FIDELITY NATIONAL
     TITLE AGENCY OF NEVADA, INC.

Dated: January 19, 2022                    WRIGHT FINLAY & ZAK, LLP


By: ⎯⎯/s/-Lindsay D. Dragon⎯⎯⎯⎯⎯
     LINDSAY D. DRAGON
     Attorneys for Plaintiff
     WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this 19th day of January, 2022.


⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

