Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-02231-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 13]**<br><br>**(First Request)** |



Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1.   On December 21, 2021, Wells Fargo filed its Complaint in the Second Judicial District Court, Case No. A-21-834244-C [ECF No. 1-1];

2.   On December 22, 2021, Fidelity filed a Petition for Removal to this Court [ECF No. 1];

3.   On January 21, 2022, Wells Fargo filed a Motion for Remand [ECF No. 13];

4.   Fidelity's deadline to respond to Wells Fargo's Motion for Remand is February 4, 2022;

5.   Fidelity's counsel is requesting an extension until February 11, 2022 to file its response to the pending Motion for Remand;

6.   Fidelity requests a brief extension of time to respond to the Motion for Remand to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motion;

7.   Wells Fargo does not oppose the requested extension;

8.   This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

660154.1

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

1        **IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's Motion for

2    Remand [ECF No. 13] is hereby extended through and including February 11, 2022.

3

4    Dated:  February 3, 2022              EARLY SULLIVAN WRIGHT
                                          GIZER & McRAE LLP

5

6                                  By:   */s/-- Sophia S. Lau*
                                        SCOTT E. GIZER

7                                        SOPHIA S. LAU
                                        Attorneys for Defendant FIDELITY

8                                        NATIONAL TITLE INSURANCE
                                        COMPANY

9

10   Dated:  February 3, 2022              SINCLAIR BRAUN LLP

11                                  By:   */s/-Kevin S. Sinclair*
                                        KEVIN S. SINCLAIR

12                                      Attorneys for Defendant FIDELITY
                                        NATIONAL TITLE INSURANCE

13                                        COMPANY

14   Dated:  February 3, 2022              WRIGHT FINLAY & ZAK, LLP

15                                  By:   */s/-Lindsay D. Dragon*
                                        LINDSAY D. DRAGON

16                                        Attorneys for Plaintiff WELLS FARGO

17                                        BANK, N.A.

18   **IT IS SO ORDERED:**

19

20

21   Dated:_____February 4, 2022_____        By:
                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

28   **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

660154.1